No. 68572.—Vanetta Fabrics Corp. *v.* United States, protests 59/14038, 59/18443, and 59/18444 (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained, except as to the merchandise covered by entry 777497 in protest 59/14038, which was abandoned as to said entry.

BEFORE THE SECOND DIVISION, MAY 21, 1964

No. 68573.—Castelazo & Associates, a/c De Witt Tool & Equipment Co. et al. *v.* United States, protests 63/9841, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bandsaw blades similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiffs was sustained.

No. 68574.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protest 62/4856 (Buffalo).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of *John V. Carr & Son, Inc.* v. *United States* (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.